IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-12-99 |
| | * | |
| MICHAEL S. WILSON | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM

Now pending is the motion for early termination of supervised release (ECF 29) filed on behalf of Michael S. Wilson. The motion has been fully briefed and no hearing is necessary.

Mr. Wilson pled guilty to possession of child pornography and in November 2012 was sentenced to 24 months in prison, to be followed by 15 years of supervised release. (ECF 26, Judgment). His term of supervision began in October 2014. It appears from the record that, for almost eight years, he has complied with the terms and conditions of supervised release, including participating in treatment, maintaining employment, and supporting his family. The government has opposed the motion, but only because of its general concern for recidivism based on the nature of the offense.

While the court agrees that possession of child pornography is a serious offense, 18 U.S.C § 3583(e) requires an examination of the conduct of the individual defendant, as well as the other factors related to sentencing. Mr. Wilson's offense did not involve production of pornography or physical contact with minors. He has accepted responsibility, participated in treatment, and complied with very strict conditions for more than half of the term of supervision.

Accordingly, the court finds that early termination is warranted by the defendant's conduct and the interest of justice. The motion will be granted by a separate Order which follows.

___9/7/22___  
Date

___CCB___  
Catherine C. Blake  
United States District Judge